# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. KNOWLES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. 11-CV-353 MMA (WVG)<br><br>**ORDER:**<br><br>**GRANTING MOTION TO PROCEED IN FORMA PAUPERIS;**<br><br>[Doc. No. 3]<br><br>**DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF COMPLAINT PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)** |

　　On February 18, 2011, Plaintiff Kathleen Knowles filed a complaint for judicial review and remedy on an administrative decision under the Social Security Act [Doc. No. 1], along with a motion to proceed *in forma pauperis* ("IFP"). [Doc. No. 3.]

　　All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). The Court may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing that she is unable to pay the requisite filing fee. 28 U.S.C. § 1915(a).

In her affidavit, Plaintiff claims she is unemployed, and last worked in 2005. Plaintiff's only alternative source of money is from "CMS," which the Court interprets as San Diego's County Medical Services. Plaintiff has a checking account, but it is managed by her caretaker and she only has access to it on an emergency basis. She owns no other savings, IRA, money market, or CD accounts. She does not own a vehicle, and does not own any real property. Plaintiff's motion to proceed IFP reflects that she has insufficient income to prepay any fees. Accordingly, the Court hereby **GRANTS** Plaintiff's motion to proceed IFP.

In accordance with the Court's Order, **IT IS HEREBY ORDERED** that:

1. The Clerk shall provide Plaintiff with the summons, a certified copy of both this Order and the Complaint, and forward them to Plaintiff along with a blank U.S. Marshal Form 285 for the Defendant named in the Complaint. Plaintiff shall complete the Form 285 and forward it to the United State Marshal.

2. The United States Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on U.S. Marshal Form 285. *See* 28 U.S.C. §1915(d); FED. R. CIV. P. 4(c)(3).

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court.

**IT IS SO ORDERED.**

DATED: March 15, 2011

Hon. Michael M. Anello
United States District Judge