# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. KNOWLES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 11-CV-353 MMA (WVG)<br><br>**ORDER:**<br><br>**ADOPTING REPORT AND RECOMMENDATION;**<br><br>[Doc. No. 23]<br><br>**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>[Doc. No. 16]<br><br>**GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 19] |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge William V. Gallo, filed on December 2, 2011, recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's cross-motion for summary judgment. [Doc. No. 23]. Neither party objected to the Magistrate Judge's R&R.

The duties of the district court in connection with a Magistrate Judge's R&R are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of

1  those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v.*
2  *Arn*, 474 U.S. 140, 149–50 (1985).  When no objections are filed, the district court need not
3  review the R&R de novo.  *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United*
4  *States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  A district court may
5  nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made
6  by the magistrate judge." 28 U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088
7  (S.D. Cal. 2006); *Or. Natural Desert Ass'n v. Rasmussen*, 451 F. Supp. 2d 1202, 1205 (D. Or.
8  2006).

9  After reviewing the R&R in its entirety, the Court finds that the Magistrate Judge's
10 conclusions are thorough, well-reasoned, and supported by the record.  In light of the foregoing,
11 and the fact that neither party objected to the R&R, the Court hereby **ADOPTS** the R&R in its
12 entirety.

13 Accordingly, **IT IS HEREBY ORDERED** that:
14 1. The Magistrate Judge's Report and Recommendation [Doc. No. 23] is **ADOPTED**
15    in its entirety;
16 2. Plaintiff's Motion for Summary Judgment [Doc. No. 16] is **DENIED**; and
17 a. Defendant's Cross-Motion for Summary Judgment [Doc. No. 19] is **GRANTED**.
18 **IT IS SO ORDERED**.

20 DATED: April 17, 2012

                                    Hon. Michael M. Anello
                                    United States District Judge